AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIAM MARTIN ENGLISH,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 1:19-038

ANDREW SAUL, Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of June 8, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court, and the Commissioner's final decision is AFFIRMED. Judgment is entered in favor of ANDREW SAUL, Commissioner of Social Security Administration, and this civil action stands CLOSED.

| 06/09/2020 | John E. Triplett, Acting Clerk |
|---|---|
| *Date* | *Clerk* |



*Tara H. Burton*
*(By) Deputy Clerk*

GAS Rev 10/1/03